# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Orly Genger                                                                                      Bankruptcy Case No.:
                                                                                                        19–13895–jlg

Deborah J. Piazza, as Chapter 7 Trustee of the Orly Genger
Orly Genger
Arie Genger
ADBG LLC
David Broser

                                      Plaintiff(s),

                                                                                                                                 Adversary Proceeding No.
–against–                                                                                                22–01106–jlg

Dalia Genger
Sagi Genger
Michael Oldner
Elana Genger
Manhattan Safety Maine, Inc.
Recovery Effort Inc.
Robin Rodriguez
D&K GP LLC
TPR Investment Associates, Inc.
The Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993
between Arie Genger, as Grantor, and Lawrence M. Small and Sash A. Spencer, as
Trustees
John Dellaportas
David Parnes
John and Jane Does 1 through 10

                                      Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| **Address of Clerk:** |
|---|
| **Clerk of the Court**<br>**United States Bankruptcy Court**<br>**Southern District of New York**<br>**One Bowling Green**<br>**New York, NY 10004–1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
|---|
| **Christopher K. Kiplok**<br>**Hughes Hubbard & Reed LLP**<br>**One Battery Park Plaza**<br>**New York, NY 10004** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004–1408 | Room: Register at www.court–solutions.com, Dial: (646)760–4600 five mins before hrg, JLG Teleconference Line<br><br>Date and Time: 7/26/22 at 10:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 6/14/22

Vito Genna

*Clerk of the Court*

By: /s/ Jonathan Ramos

*Deputy Clerk*