# GLENN AGRE BERGMAN & FUENTES LLP

Michael Paul Bowen
mbowen@glennagre.com
1185 Avenue of the Americas, 22nd Fl.
New York, New York 10036
o: (212) 358-5600
m: (914) 319-1827

July 28, 2022

Via ECF
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

      Re:    *Request for Foreign Service by Mail Pursuant to FRCP 4(f)(2)(C)(ii)*
             In re Orly Genger, Ch. 7, Case No. 19-13895 (JLG);
             Adv. Proc. No. 22-01106-JLG

To the Honorable Clerk of Court:

      On behalf of the Debtor Orly Genger in the above-referenced Chapter 7 bankruptcy, who is also a plaintiff in the above-referenced adversary proceeding, we submit this request for foreign service of process.

      We provided to the Clerk's Office pre-labeled and addressed mail envelopes along with hard copies of the complaint and second summons in this adversary proceeding to be mailed as service of process to a named defendant at his addresses in Israel. We respectfully request, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii), that the Clerk's Office effect foreign service under the Hague Convention Article 10(a), the Israel Ratification and Response, and FRCP 4(f)(2)(C)(ii), by sending through postal channels using the pre-addressed mail envelopes provided to the Clerk's Office a copy of the complaint and the second summons to each of the addresses below.

- Items to Be Served (and placed in pre-addressed mail envelopes):

1. **Complaint**, encaptioned, *Deborah J. Piazza, as chapter 7 trustee of the Orly Genger estate, Orly Genger, Arie Genger, David Broser, and ADBG LLC (plaintiffs) v. Dalia Genger, Sagi Genger, Michael Oldner, Elana Genger, Manhattan Safety Maine, Inc., Recovery Effort, Inc., Robin Rodriguez, D&K GP LLC, TPR Investment Associates, Inc., The Orly Genger 1993 Trust, Created by Trust Agreement Dated December 13, 1993 between Arie*

GLENN AGRE BERGMAN & FUENTES LLP

Clerk of Court
SDNY Bankr.
July 28, 2022
Page 2 of 2

*Genger, as Grantor, and Lawrence M. Small and Sash A. Spencer, as Trustees, John Dellaportas, David Parnes, and John and Jane Does 1 through 10*, and dated June 10, 2022.

2. **Second Summons**, dated July 13, 2022

- Foreign Addresses of Party (as reflected on the pre-labeled mail envelopes):

    David Parnes
    29 Elkachi Street
    Tel-Aviv 69497, Israel

    David Parnes
    16 Yehiam St.
    Ramat Hasharon, 4730121, Israel

    David Parnes
    18A Raul Wallenberg St, Building C,
    Tel-Aviv 6971915, Israel

Thank you for your assistance.

Respectfully submitted,

/s/ *Michael Paul Bowen*
Michael Paul Bowen

cc: All Counsel (via ECF)